UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA STUTZENBERGER, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> *Acting Commissioner of Social Security,* ) <br> Defendant. ) | **JUDGMENT** <br><br> Case No. 7:16-CV-416-BO |

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED that this case is remanded for a hearing as the substantial evidence is not clear on the issue of whether the claimant can do any more than sedentary work. If she is limited entirely to sedentary work, then she will be disabled. If she is able to perform greater than sedentary work, then the findings will bear that out by the next hearing. Plaintiff's motion for judgment on the pleadings is granted, defendant's motion for judgment on the pleadings is denied, and the case is REMANDED to the Commissioner for further proceedings.

This judgment filed and entered on January 31, 2018 with *electronic service* upon:
Vaughn Clauson, (via CM/ECF Notice of Electronic Filing)
David Mervis, (via CM/ECF Notice of Electronic Filing)
Gabriel Deadwyler, (via CM/ECF Notice of Electronic Filing)

                                                    **PETER A. MOORE, JR.,**
                                                    **CLERK, U.S. DISTRICT COURT**

January 31, 2018                                  /s/ *Linda Downing*
                                                     (By): Linda Downing, Deputy Clerk